No. 03–5617. JOKINEN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 03–5620. LUGO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–5624. REDDICK v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5625. SALLIE v. THIEL. C. A. 7th Cir. Certiorari denied.

No. 03–5626. AMBO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5627. SCHAEFER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5628. McCONICO v. HOOKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–5631. MONAHAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5632. THOMAS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–5633. DAVIS, AKA NIGERIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5634. BAUTISTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5635. PRICE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–5636. MORRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5637. KING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5638. JENKINS v. HUFFMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5639. ALTAMIRANO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.